Justin VANN, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 700, 2015

Supreme Court of Delaware.

Submitted: June 7, 2016

Decided: June 10, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 1502009571.

DISMISSED.

In the MATTER OF a MEMBER OF
the BAR of the Supreme Court of the
State of Delaware Adam D. GELOF,
Respondent.

No. 143, 2016

Supreme Court of Delaware.

Submitted: June 8, 2016

Decided: June 10, 2016

Board Case No. 112424–B

Approved.